# Court of Appeals
# of the State of Georgia

ATLANTA,    June 24, 2013

*The Court of Appeals hereby passes the following order:*

## A13D0322. GEGE ODION v. TITILAYO A. ODION.

Gege Odion and Titilayo Odion were divorced in 2003. The Gwinnett County Superior Court entered a final judgment and decree. Titilayo Odion has filed three subsequent actions since the divorce, all involving contempt against Gege Odion related to child support arrearages. On October 17, 2012, Gege Odion filed an Application for New Award of Custody and Complaint for Contempt in Gwinnett County Superior Court. Titilayo Odion counterclaimed for contempt based on child support arrearages. She also filed a Motion to Dismiss for Inconvenient Forum. The trial court granted the motion to dismiss, finding that Texas is a more appropriate forum to hear the contempt and modification action. In the order, the trial court directed the Clerk of Court to "ADMINISTRATIVELY CLOSE" the case. Gege Odion filed this application for discretionary appeal.[1]

The superior court's order dismissing Gege Odion's Application and Complaint is a final, directly appealable order within the meaning of OCGA § 5-6-34 (a). Moreover, no provision of OCGA § 5-6-35 (a) relating to discretionary appeals appears to apply to the order. This Court will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Gege Odion shall have ten days from the date of this order to file a notice of appeal with the trial court. The clerk of the trial court is DIRECTED to include a copy of this order in the record

---

[1] We initially transferred the case to the Supreme Court, but it returned the case to this Court after finding that no issue of divorce or alimony is presented.

transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
         *Clerk's Office, Atlanta,* 06/24/2013
         *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
         *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*